*Det. Hrg. continued*

AO 432 (Rev. 2/84)

Administrative Office of the United States Courts

## WITNESS AND EXHIBIT RECORD

| DATE | CASE NUMBER | OPERATOR | PAGE NUMBER |
|---|---|---|---|
| 3/18/2008 | 08-55-M | Golden | 1 |

| NAME OF WITNESS | DIRECT | CROSS | REDIRECT | RECROSS | PRESIDING OFFICIAL |
|---|---|---|---|---|---|
| 1 witness George Rodriguez | 10:58am | 11:01am | 11:06am | — | Stark |

| EXHIBIT NUMBER | DESCRIPTION | ID | ADMITTED IN EVIDENCE |
|---|---|---|---|
| | | | |