**REDACTED** 

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 08-61 |
| | ) |
| LESLIE SOTO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about March 5, 2008, in the State and District of Delaware, Leslie Soto, defendant herein, did knowingly possess in and affecting interstate and foreign commerce, a firearm, that is, a .22 caliber Western Derringer handgun, serial number 32390, after having been convicted of a crime punishable by imprisonment for a term exceeding one year, on or about September 12, 2002, in the Superior Court in and for New Castle County, Delaware, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Indictment, defendant shall forfeit to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in the commission of the

offense, including but not limited to the following:

1. the .22 caliber Western Derringer handgun, serial number 32390 and

2. 2 Remington .22 caliber rounds of ammunition.

A TRUE BILL:

_____

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Joseph Grubb
Special Assistant United States Attorney

Dated: April 10, 2008