UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  CASE NO. 08-61-SLR |
| | ) |
| LESLIE SOTO, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

This **17TH** day of **APRIL 2008**, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within ten (10) days, that is on or before **MAY 1ST, 2008**. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Honorable Leonard P. Stark
　　　　　　　　　　　　　　　　　　　　**U.S. Magistrate Judge**

cc: Defense Counsel
　　United States Attorney