IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Action No. 08-00061-UNA |
| | : | |
| LESLIE SOTO, | : | |
| Defendant. | : | |

**MOTION TO ENLARGE THE TIME FOR THE FILING OF PRE-TRIAL MOTIONS
AND TO WAIVE THE APPLICATION OF THE SPEEDY TRIAL ACT**

Defendant Leslie Soto, by her undersigned attorney, hereby moves the Court for an order that enlarges the time period for the filing of pre-trial motions by 30 days and excludes this time period from the Speedy Trial Act calculations. In support of this request, Defendant sets forth the following:

1. Defendant Soto was arrested on March 5, 2008 and was indicted on April 10, 2008 on a single count of being a felon in possession of a handgun in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

2. Defendant Soto was arraigned before the Honorable Leonard P. Stark on April 17, 2008. Counsel was advised at that time that pre-trial motions must be filed within two weeks of the arraignment.

3. In response to Defendant's discovery request, Special Assistant U.S. Attorney Joseph S. Grubb responded by letter dated April 17, 2007[sic] and received by counsel for the Defendant on April 21, 2008. On that same date, counsel for Defendant wrote to Mr. Grubb requesting discovery generally and certain items in particular. The requested items have all been

received with the exception of copies of any statements made by Defendant Soto's Co-Defendants. As a result of the same incident and/or transaction that led to the arrest of Defendant Soto, Carlos Melendez and Noe Trinidad-Cruz were arrested and have been charged by the State of Delaware.

4. Upon information and belief, Special Assistant U.S. Attorney Joseph S. Grubb is on vacation this week and for that reason has not responded either to defense counsel's letter of April 21, 2008 or to his subsequent telephone calls.

5. Counsel has communicated with Shawn Weede, Assistant United States Attorney and can represent to the Court that this motion is not opposed by the Government.

6. Therefore, Defendant requests an extension of time of 30 days to obtain this additional discovery from the Government or to file a motion to compel if necessary. In addition, this additional discovery may impact on Defendant Soto's decision to file other pre-trial motions such as a motion to suppress evidence.

WHEREFORE, Defendant Leslie Soto requests that the Court grant her an additional 30 days within which to complete discovery and file pretrial motions and exclude this time period from the Speedy Trial Act calculations.

JOSEPH W. BENSON, P.A.

/s/ Joseph W. Benson
Joseph W. Benson, Esquire
Bar ID# 196
/s/ Andrew G. Ahern III, Esquire
Andrew G. Ahern III
Bar ID# 2083
1701 North Market Street
P.O. Box 248
Wilmington, DE 19899
(302)656-8811
Attorney for Defendant, Leslie Soto

DATED: May 1, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Action No. 08-00061-UNA |
| LESLIE SOTO, | : | |
| Defendant. | : | |

### ORDER

This ____ day of _____ 2008, the foregoing Motion to Enlarge the Time for the Filing of Pre-Trial Motions and to Waive the Application of the Speedy Trial Act having been heard and considered,

IT IS ORDERED that the motion is GRANTED and the time period for filing of pre-trial motions is enlarged from May 1, 2008 by 30 days and is excluded from the Speedy Trial Act calculations. Pre-Trial motions are to be filed on or before Monday, June 2, 2008.

_____
The Honorable Sue L. Robinson

## CERTIFICATE OF SERVICE

I, the undersigned, Joseph W. Benson, Esquire, do hereby certify that I caused to be delivered by first class mail 2 copies of the foregoing Motion to Enlarge the Time for the Filing of Pre-Trial Motions and to Waive the Application of the Speedy Trial Act as follows:

Joseph R. Grubb, Esquire
Special Assistant United States Attorney
P.O. Box 2046
Wilmington, DE 19899-2046

JOSEPH W. BENSON, P.A.

/s/ Joseph W. Benson
Joseph W. Benson, Esquire
Bar ID# 196
/s/ Andrew G. Ahern III, Esquire
Andrew G. Ahern
Bar ID# 2083
1701 North Market Street
P.O. Box 248
Wilmington, DE 19899
(302)656-8811
Attorney for Defendant
Leslie Soto

DATED: May 1, 2008