IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 08-61-SLR |
| | ) | |
| LESLIE SOTO, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

At Wilmington this 30th day of April, 2008;

IT IS ORDERED that:

1. A telephonic status conference is scheduled for **Tuesday, May 20, 2008** at **9:00 a.m.**, with the court initiating said call.

2. The time between this order and May 20, 2008 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.


                                                    _____
                                                    United States District Judge