IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | : Criminal Action No. 08-00061-UNA |
| | : |
| LESLIE SOTO, | : |
| Defendant. | : |

### ORDER

This 5th day of May 2008, the foregoing Motion to Enlarge the Time for the Filing of Pre-Trial Motions and to Waive the Application of the Speedy Trial Act having been heard and considered,

IT IS ORDERED that the motion is GRANTED and the time period for filing of pre-trial motions is enlarged from May 1, 2008 by 30 days and is excluded from the Speedy Trial Act calculations. Pre-Trial motions are to be filed on or before Monday, June 2, 2008.

The Honorable Sue L. Robinson