IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Crim. No. 08-61-SLR |
| LESLIE SOTO, | ) ) | |
| Defendant. | ) ) | |

ORDER

At Wilmington this 19th day of May, 2008;

IT IS ORDERED that:

1. The telephonic status conference scheduled for **May 20, 2008** is **cancelled** and **rescheduled** to commence on **Wednesday, June 25, 2008** at **8:15 a.m.**, with the court initiating said call.

2. The time between this order and June 25, 2008 shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

_____
United States District Judge