IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Crim. No. 08-061-SLR |
| LESLIE SOTO, ) | |
| Defendant. ) | |

### O R D E R

At Wilmington this 9th day of June, 2008 having been advised by counsel that defendant intends to change his plea of not guilty to guilty;

IT IS ORDERED that:

1. A change of plea hearing is scheduled for **Wednesday, July 30, 2008 at 8:00 a.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

2. The teleconference scheduled for **June 25, 2008** is **cancelled.**

3. The time between this order and the plea hearing shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(l).

_____
United States District Judge