IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Action No. 08-00061-UNA |
| | : | |
| LESLIE SOTO, | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR MODIFICATION
## OF A CONDITION OF PRETRIAL RELEASE

Defendant Leslie Soto, by her undersigned attorney, hereby requests that the Court issue an order modifying the condition of her pretrial release requiring that she be held on home confinement. In support of this request, the Defendant sets forth the following:

1. Ms. Soto has been on pretrial release on home confinement since March 26, 2006.

2. Ms. Soto is being supervised by probation officer Craig Carpenter. Ms. Soto has complied with all of Officer Carpenter's recommendations, has obtained employment, has been attending sessions at a mental health clinic, and has generally done everything he has requested of her. Officer Carpenter advises counsel that this is in fact the case.

3. Ms. Soto now has an opportunity to obtain an apartment, independent of her current housing, where she would reside with her son with whom she has been in constant contact.

4. Given Officer Carpenter's agreement that this change in her status would not be inappropriate, counsel contacted Joseph Grubb, Esquire of the U.S. Attorney's office and he does not oppose the change in condition.

WHEREFORE, Defendant Leslie Soto requests that the Court grant her request for a modification of the home confinement condition of pretrial release.

                                                                         JOSEPH W. BENSON, P.A.

                                                                         /s/ Joseph W. Benson
                                                                         Joseph W. Benson, Esquire
                                                                         Bar ID# 196
                                                                         /s/ Andrew G. Ahern III
                                                                         Andrew G. Ahern III, Esquire
                                                                         Bar ID# 2083
                                                                         1701 North Market Street
                                                                         P.O. Box 248
                                                                         Wilmington, DE 19899
                                                                         (302)656-8811
                                                                         Attorney for Defendant Leslie Soto

DATED: July 22, 2008

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Action No. 08-00061-UNA |
| LESLIE SOTO, | : | |
| Defendant. | : | |

## ORDER

This ____ day of _____ 2008, the foregoing Motion for Modification of a Condition of Pretrial Release having been heard and considered,

IT IS ORDERED that the motion is GRANTED and Defendant shall no longer be held under home confinement while on pretrial release. All other conditions and requirements of pretrial release shall remain in full effect.

_____
The Honorable Sue L. Robinson

## CERTIFICATE OF SERVICE

I, the undersigned, Joseph W. Benson, Esquire, do hereby certify that I caused to be delivered by first class mail 2 copies of the foregoing Motion for Modification of a Condition of Pretrial Release as follows:

        Joseph R. Grubb, Esquire
        Special Assistant United States Attorney
        P.O. Box 2046
        Wilmington, DE 19899-2046

        JOSEPH W. BENSON, P.A.

        /s/ Joseph W. Benson
        Joseph W. Benson, Esquire
        Bar ID# 196
        /s/ Andrew G. Ahern III, Esquire
        Andrew G. Ahern
        Bar ID# 2083
        1701 North Market Street
        P.O. Box 248
        Wilmington, DE 19899
        (302)656-8811
        Attorney for Defendant
        Leslie Soto

DATED: July 22, 2008