IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Criminal Action No. 08-00061-UNA |
| | : | |
| LESLIE SOTO, | : | |
| | : | |
| Defendant. | : | |

## ORDER

This 30th day of July 2008, the foregoing Motion for Modification of a Condition of Pretrial Release having been heard and considered,

IT IS ORDERED that the motion is GRANTED and Defendant shall no longer be held under home confinement while on pretrial release. All other conditions and requirements of pretrial release shall remain in full effect.

_____
The Honorable Sue L. Robinson